UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED IBRAHIM,<br><br>      Petitioner<br><br>    v.<br><br>JEH C. JOHNSON, et al.,<br><br>      Respondents. | Case No. SACV 16-02120-JLS (GJS)<br><br>JUDGMENT |

Pursuant to the Court's Order Dismissing Petition Without Prejudice,

IT IS ADJUDGED that the above-captioned action is dismissed, without prejudice, as moot.

DATE: April 24, 2017　　　　　　_____

                                    JOSEPHINE L. STATON
                                    UNITED STATES DISTRICT JUDGE